UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Case No. 09-75488-reg

GEORGE ORANTES,                                                    Chapter 7

                                                  Debtor.                Hon. Robert E. Grossman
-----------------------------------------------------------x

## ORDER AVOIDING JUDICIAL LIENS ON REAL PROPERTY

Debtor, George Orantes, having moved this Court for an Order, pursuant to 11 U.S.C. § 522(f), avoiding the judicial lien of creditor, Advanta Bankcorp, and avoiding the judicial lien of creditor, American Express Centurion Bank, and upon reading the application of Andrew M. Doktofsky, Esq., dated October 14, 2009, and this matter having been heard before this Court, on November 18, 2009, and no opposition having been interposed, and due deliberation having been had thereon, and good and sufficient cause appearing, it is

ORDERED, that the debtor*'s* motion is granted, and it is further

ORDERED, that the judicial lien held by Advanta Bankcorp *in the amount of $21,7773.95*, on the debtors real property, located at 37 Burrs Lane, Dix Hills, NY 11746, entered with the Clerk of the County of Suffolk on October 7, 2008, is hereby avoided in its entirety, and it is further.

ORDERED, that the judicial lien held by American Express Centurion Bank *in the amount of $17,866.33*, on the debtors real property, located at 37 Burrs Lane, Dix Hills, NY 11746, entered with the Clerk of the County of Suffolk on March 17, 2009, is hereby avoided in its entirety., ~~and it is further.~~

Dated: Central Islip, New York         */s/ Robert E. Grossman*
      *December 7*, 2009                   Robert E. Grossman
                                                               United States Bankruptcy Judge