UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

GEORGE ORANTES,

Chapter 7
Case No.: 09-75488 (REG)

Debtor.
------------------------------------------------------------------X

## AFFIDAVIT OF GEORGE ORANTES IN SUPPORT OF MOTION TO REOPEN

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NASSAU     )

      GEORGE ORANTES, being duly sworn deposes and says that:

1.     I am the Debtor in the above captioned bankruptcy proceeding.

2.     I filed for voluntary petition relief under Chapter 7 on July 24, 2009.

3.     My ownership interest in the property located at 35 Seaview Drive, Daly City, CA 94015 (the "CA Property") was omitted from my schedules filed with the Court due to bad advice from my brother, Roberto Orantes.

4.     I hold a one-third ownership interest in the CA Property together with Karla Ramirez and Roberto Orantes, who also each holds a 1/3 interest.

5.     I submit this affidavit in support of the motion to reopen my case to permit me to file amendments to Schedules "A" and "D" to include this property.

6.     At the time of the filing, the house was valued at an approximate value of $547,000.00. This value is based upon a discussion I had with a real estate broker familiar with the values of residential real properties in the neighborhood where the CA Property is located, and upon my own research in connection with comparative house sales.

7.     At the time of filing, the property was encumbered by two mortgages. The amount that was necessary to satisfy the first mortgage at that time was $604,000.00 and the amount necessary to satisfy the second mortgage at that time was $72,688.75.

8.      Based upon the foregoing, it is respectfully requested that the Court grant my motion to reopen my Chapter 7 proceeding and allow me to amend Schedules "A" and "D" so as to permit the Chapter 7 Trustee in the reopened case to investigate and take whatever action he deems appropriate in connection with the administration of the asset and the Estate.

/s/ George R. Orantes
GEORGE R. ORANTES

Sworn to before me this
12th day of December, 2017

/s/ Elizabeth Morales
Notary Public

Elizabeth Morales
Notary Public – State of New York
No. 01MO6293165
Qualified in Nassau County
Commission Expires November 25, 2021

2