# EXHIBIT A

```
                   2009 HISTORY STATEMENT OF MORTGAGE ACCOUNT         PFST753    *
0359530262    RAK  PAGE    483
```

```
     OCWEN LOAN SERVICING, LLC      -681                              PAGE   1
     3451 HAMMOND AVENUE
     WATERLOO              IA 50702
```

```
                                         KARLA RAMIREZ
     LOAN TYPE 1-0  CONVENTIONAL
       ACCOUNT NUM       10262                                 ;0            INV
CODE 50230 BLOCK 10006
                                                                             INV
ACCT NBR      9496
```

```
                         2009 DETAIL BY TRANSACTION
 TRANSACTION  TRANSACTION  DUE  POST  PRINCIPAL  INTEREST    ESCROW CR LIFE  LT CHRG/
PRINCIPAL BAL  ESCROW BAL  UNAPP FUNDS
  DESCRIPTION       AMOUNT  DATE DATE   PAID       PAID        PAID / DISAB    FEES
AFTER TRAN   AFTER TRAN   AFTER TRAN

 PREV-MISAPPL   -9002.18  08/09 09/02                         -8531.14       -471.04
604,000.00    -8,531.14
 PAYMENT         3949.63  09/09 09/23   2076.25   1873.38
604,000.00    -6,657.76
 PAYMENT         3949.63  10/09 11/04   2076.25   1873.38
604,000.00    -4,784.38
 SPEEDPAY FEE      12.50  10/09 11/04                                         12.50
604,000.00    -4,784.38
 SPEEDPAY FEE      12.50  10/09 11/04                                         12.50
604,000.00    -4,784.38
 TAX DISB                 10/09 11/11                         -3244.26
604,000.00    -8,028.64
 PAYMENT         3949.63  11/09 12/15   2076.25   1873.38
604,000.00    -6,155.26
 MISC RECEIPT      50.37  11/09 12/15
604,000.00    -6,155.26        50.37
 PAYMENT         3949.63  12/09 12/28   2076.25   1873.38
604,000.00    -4,281.88        50.37
 MISC RECEIPT      50.37  12/09 12/28
604,000.00    -4,281.88       100.74
 SPEEDPAY FEE      12.50  12/09 12/28                                         12.50
604,000.00    -4,281.88       100.74
 SPEEDPAY FEE      12.50  12/09 12/28                                         12.50
604,000.00    -4,281.88       100.74

          SUMMARY TOTALS

PRINCIPAL BALANCE START OF PERIOD    604,000.00    P & I PAYMENT     1,572.85
PRINCIPAL PAID DURING PERIOD               0.00    ESCROW PAYMENT      726.98
PRINCIPAL BALANCE END OF PERIOD      604,000.00

ESCROW    BALANCE START OF PERIOD         0.00    TOTAL PAYMENT     2,299.83
ESCROW    PAID DURING PERIOD          7,493.52    ACCUM LATE CHRG     574.85
ESCROW    DISBURSEMENTS             -11,775.40
ESCROW    BALANCE END OF PERIOD      -4,281.88
```

```
INTEREST  PAID DURING PERIOD        8,305.00
PROPERTY  TAXES PAID DURING PERIOD  3,244.26
```

# NationalCity®

**Home equity line of credit**

| | |
|---|---|
| Account # | XXXX XXXX XXXX 1168 |
| Statement closing date | 07/24/09 |
| New balance | $72,688 75 |
| Minimum payment | S241 14 |
| Due date | 08/18/09 |

KARLA RAMIREZ, visit Nationalcity com to take advantage of our free online bill payment service to ensure your monthly payment arrives on time, avoid late fees and maintain your good credit rating

**Questions?**
NationalCity com/HomeEquityOnline
1 800 738 3888

## Your account summary

| | |
|---|---|
| Previous balance | $72,907 61 |
| Payment received on 07/02/09   thank you | $500 00 |
| Purchases | $0 00 |
| Advances | $0 00 |
| Late and overlimit fees | $40 00 |
| Finance charges | $241 14 |
| Credits | $0 00 |
| **New balance** | **$72,688 75** |

| | |
|---|---|
| Total credit limit | $75,300 00 |
| Total available credit | $0 00 |

Minimum payment  S241 14
Due date  08/18/09

## Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 07/02 | 07/02 | 74489605P3JMQ13FX | PAYMENT*THANK YOU | CLEVELAND   OH | $500 00 |
| 07/24 | 07/24 | | LATE FEE | | 40 00 |
| 07/24 | 07/24 | | *FINANCE CHARGE* | | 241 14 |

## Your finance charges

| TYPE OF BALANCE | CORRESPONDING ANNUAL PERCENTAGE RATE (APR) | MONTHLY PERIODIC RATE (MAY VARY) | AVERAGE DAILY BALANCE | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | 4 00% | 0 333% | $1,990 07 | $6 63 |

(continued on next page)

5170    WOG    001    7  16   090724  0    E  PAGE 1 of 3    1 0   4264   6100   L574   OA5170AN

---

# NationalCity®
PO BOX 5570
CLEVELAND OH 44101 0570

↑ PLEASE FOLD & TEAR HERE

**Home equity line of credit**

| | |
|---|---|
| Account # | XXXX XXXX XXXX 1168 |
| New balance | $72,688 75 |
| Minimum payment | S241 14 |
| Due date | 08/18/09 |

4489618300121168000726887500000500000000000241145

PAYMENT ENCLOSED
$ ☐☐☐,☐☐☐.☐☐

Make check payable to:

NATIONAL CITY
PO BOX 856177
LOUISVILLE KY 40285 6177

KARLA RAMIREZ
35 SEAVIEW DR
DALY CITY CA 94015 4558

"448"    5000  0080    9618300111168"  001

**NationalCity**

Account #  XXXX XXXX XXXX 1168
Statement closing date  07/24/09

## Your finance charges (continued)

| TYPE OF BALANCE | CORRESPONDING ANNUAL PERCENTAGE RATE (APR) | MONTHLY PERIODIC RATE (MAY VARY) | AVERAGE DAILY BALANCE | FINANCE CHARGE |
|---|---|---|---|---|
| Advances | 4 00% | 0 333% | $70,422 05 | $234 51 |

**Blended APR: 4 00%**
Days in billing cycle: 31

### ❶ Important information - please read

Your account is currently closed