**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

        GEORGE ORANTES,

                            Debtor.

Chapter 7
Case No.: 09-75488 (REG)

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF NASSAU    )

        JENNIFER DE LA CRUZ, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside in Merrick, New York.

        On December 14, 2017 I served the within the Notice of Motion and Debtor's Motion to Reopen it Chapter 7 Case upon the following parties at their respective addresses by depositing a true copy in a postage paid, properly addressed envelope by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                               */s/ Jennifer De la Cruz*
                                                               JENNIFER DE LA CRUZ

Sworn to before me this
14th day of December, 2017

                                                               **SEE ANNEXED SERVICE LIST**

*/s/ Elizabeth Morales*
Notary Public

Elizabeth Morales
Notary Public – State of New York
No. 01MO6293165
Qualified in Nassau County
Commission Expires November 25, 2021

## **SERVICE LIST**

Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

Office of the United States Trustee
Eastern District of New York
560 Federal Plaza
Central Islip, New York 11722

Kenneth Kirschenbaum
Kirschenbaum & Kirschenbaum
200 Garden City Plaza, Suite 500
Garden City, NY 11530

George Orantes
37 Burrs Lane
Dix Hills, NY 11746

Andrew M. Doktofsky, Esq.
375 Commack Road, Suite 202
Deer Park, NY 11729

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Advanta
700 Dresher Road
Horsham, PA 19044-2206

American Expres
P.O. Box 361595
Columbus OH 43236-1595

Andrew Mertz
31 Birch Hill Road
Mount Sinai, NY 11766

B Kool Services, Inc.
d/b/a Thermo King of Long Island
19 Seabro Avenue
N. Amityville NY 11701

BAC Home Loan Servicing LP
7105 Corporate Drive
Plano, TX 75024-4100

Bank of America
P.O. Box 2278
Norfolk, VA 23501-2278

Bank of America
P.O. Bix 535310
Atlanta, GA 30353-5310

Brian Melsky
37 Burrs Lane
Dix Hills, NY 11746

Capital One Bank USA, NA
15000 Capital One Drive
Henrico, VA 23238

CCAS Check Processing Center
P.O. Box 55126
Boston, MA 02205-5126

CENLAR
P.O. Box 77404
Trenton, NJ 08628

Chase
National Legal Processing
451 Florida St. 3rd Floor
Baton Rouge, LA 70801-1724

Chex Systems
Attn: Consumer Relations
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1595

Credit One Bank, N.A.
P.O. Box 98875
Las Vegas, NV 89193

Discover Financial Services, LLC
P.O. Box 3025
New Albany, OH 43054-3025

Eileen Orantes
20 Daley Place
Apt. 124
Lynbrook, NY 11563

Encore Receivable Management
400 N. Rogers Road
P.O. Box 3330
Olathe, KS 66063-3330

GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

Joanna Moskeland
26 Meadowbrook Drive
Huntington Station, NY 11746

Karla Ramirez
99 Oak Avenue
Apt. 214
South San Francisco, CA 94080

Kid Fixers
50 Underhill Blvd. Suite 101
Syosset, NY 11791-3418

Law Office of Mitchell N. Kay, PC
P.O. Box 9006
Smithtown NY 11787

Law Office of
Eric T. Hartnett
563 S. Murphy Avenue
Sunnyvale, CA 94086

Nationstar Mortgage, LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

NCO Financial Systems
P.O. Box 15760
Wilmington DE 19850-5760

Pacific Lawn Sprinklers
22-42 129th Street
College Point, NY 11356

Patricia Hopkins
110 Old Post Road
East Setauket, NY 11733-3743

Petro Home Services
55-60 58th Street
Maspeth, NY 11378

PNC Bank
P.O. Box 856177
Louisville, KY 40285-6177

PSEG Long Island
P.O. Box 888
Hicksville, NY 11802

Raymond Mascolo DDS
240 Clay Pitts Road
East Northport, NY 11731-3427

Roberto Orantes
35 Seaview Drive
Daly City, CA 94015

Seton Medical Center
P.O. Box 6100
Loc 72815
San Francisco, CA 94161

Slomins Inc.
125 Lauman Lane
Hicksville, NY 11801

Suffolk County Dept. of
Social Services
3085 Veterans
Highway
Ronkonkoma, NY 11779

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

TD Bank USA
Target Card
P.O. Box 673
Minneapolis, MN 55440

The Law Office of
Robert G. Venturo, P.C.
228 East Main Street
Patchogue, NY 11722

Verizon
P.O. Box 4846
Trenton, NJ 08650-4846

William Fore, CPA
5225 Route 347, Building 8
Suite 44
Port Jefferson, NY 11776