```
                              United States Bankruptcy Court
                              Eastern District of New York

In re:                                                              Case No. 09-75488-reg
George Orantes                                                      Chapter 7
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0207-8         User: admin              Page 1 of 2        Date Rcvd: Feb 07, 2018
                             Form ID: 178             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db           +George Orantes,   37 Burrs Lane,    Dix Hills, NY 11746-6026
smg           NYC Department of Finance,   345 Adams Street,    Office of Legal Affairs,
               Brooklyn, NY 11201-3719
smg          +NYS Unemployment Insurance,   Attn: Isolvency Unit,    Bldg. #12, Room 256,
               Albany, NY 12240-0001
6299560      +American Express,   PO Box 361595,    Columbus OH 43236-1595
6299561      +Andrew Mertz,   31 Birch Hill Rd,    Mt Sinai NY 11766-1903
6299562      +B Kool Services Inc,    DBA Thermo King of Long Island,    19 Seabro Avenue,
               N Amityville NY 11701-1215
6299566      +Chase,   National Legal Processing,    451 Florida St 3rd Fl,   Baton Rouge LA 70801-1724
6299569      +Eileen Orantes,   30 Crescent St,    Hicksville NY 11801-2136
6299570       Encore Receivable Management,    400 N Rogers Rd,    PO Box 3330,   Olathe KS 66063-3330
6299571       GE Money Bank,   PO Box 960061,    Orlando FL 32896-0061,   Canton OH 44735
6299573      +Joanna Moskeland,   26 Meadowbrook Drive,    Huntington Station NY 11746-2977
6299575       Law Offices of Mitchell N Kay PC,    PO Box 9006,    Smithtown NY 11787-9006
6299577      +Patricia Hopkins,   110 Old Post Rd,    East Setauket NY 11733-3743
6299578      +Raymond Mascolo DDS,    240 Clay Pitts Rd,   East Northport NY 11731-3427
6299579      +Robert Orantes,   35 Seaview Dr,    Daly City CA 94015-4558
6299580       Seton Medical Center,    PO Box 6100 Loc 72815,   San Francisco CA 941612815
6299581       William Fore CPA,   5225 Route 347 Bldg 8 Suite 44,    Port Jefferson NY 11776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 07 2018 18:36:20
               NYS Department of Taxation & Finance,    Bankruptcy Unit,   PO Box 5300,
               Albany, NY 12205-0300
smg          +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Feb 07 2018 18:30:22     United States Trustee,
               Office of the United States Trustee,    Long Island Federal Courthouse,   560 Federal Plaza,
               Central Islip, NY 11722-4456
6299559       EDI: MERRICKBANK.COM Feb 07 2018 18:28:00     Advanta Bank Corp,   PO Box 8088,
               Philadelphia PA 19101-8088
6314944       EDI: BECKLEE.COM Feb 07 2018 18:28:00     American Express Centurion Bank,
               c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
6458908      +EDI: BANKAMER.COM Feb 07 2018 18:28:00     BAC Home Loan Servicing, L.P.,   7105 Corporate Drive,
               Plano, TX 75024-4100
6299564       EDI: BANKAMER.COM Feb 07 2018 18:28:00     Bank of America,   PO Box 535310,
               Atlanta GA 30353-5310
6299563       EDI: BANKAMER.COM Feb 07 2018 18:28:00     Bank of America,   PO Box 2278,
               Norfolk VA 23501-2278
6299565       EDI: CCS.COM Feb 07 2018 18:28:00     CCS,   Check Processing Center,   PO Box 55126,
               Boston MA 02205-5126
6299567      +Fax: 602-659-2196 Feb 07 2018 18:36:28     Chex Systems,   Att: Consumer Relations,
               7805 Hudson Rd Ste 100,   Woodbury MN 55125-1595
6299568       EDI: DISCOVER.COM Feb 07 2018 18:28:00     Discover Card,   PO Box 15251,
               Wilmington DE 19886-5251
6299572      +EDI: HFC.COM Feb 07 2018 18:28:00     HSBC Bank,   PO Box 5253,   Carol Stream IL 60197-5253
6299576       E-mail/Text: bankruptcydepartment@tsico.com Feb 07 2018 18:30:43     NCO Financial Systems,
               PO Box 15760,   Wilmington, DE 19850-5760
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6458910*     +BAC Home Loan Servicing, L.P.,   7105 Corporate Drive,    Plano, TX 75024-4100
6299574     ##+Kidfixers,   50 Underhill Blvd Suite 101,   Syosset NY 11791-3418
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0207-8          User: admin              Page 2 of 2           Date Rcvd: Feb 07, 2018
                              Form ID: 178             Total Noticed: 29
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Andrew M Doktofsky    on behalf of Debtor George  Orantes amdesq@optonline.net,
               notices@amdlaw.com
              Gilbert B Weisman    on behalf of Creditor    American Express Centurion Bank notices@becket-lee.com
              Kenneth  Kirschenbaum     on behalf of Trustee Kenneth  Kirschenbaum ken@kirschenbaumesq.com,
               ssheinwald@kirschenbaumesq.com;Sspector@kirschenbaumesq.com;jrogoff@kirschenbaumesq.com;ny41@ecfc
               bis.com
              Kenneth  Kirschenbaum     ken@kirschenbaumesq.com,
               ssheinwald@kirschenbaumesq.com;Sspector@kirschenbaumesq.com;jrogoff@kirschenbaumesq.com;ny41@ecfc
               bis.com
              Kenneth A. Reynolds    on behalf of Debtor George  Orantes kreynolds@mklawnyc.com,
               jdelacruz@mklawnyc.com;a.kr69649@notify.bestcase.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **George Orantes** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court | **Eastern District of New York** |
| Case number: | **8–09–75488–reg** |

Social Security number or ITIN **xxx–xx–7122**

EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _

EIN  _ _–_ _ _ _ _ _ _

Date case filed for chapter **7   7/24/09**

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate.  Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza
Central Islip, NY 11722

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before May 8, 2018** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: February 7, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]